GEORGE E. FISHER, Appellant, *v.* THE ROCHESTER GAS LIGHT COMPANY et al., Respondents.

*Fisher* v. *Rochester Gas Light Co.*, 43 App. Div. 618, affirmed.
(Argued April 29, 1901; decided May 14, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 3, 1899, affirming a judgment in favor of defendants

entered upon a decision of the court on trial at Special Term.

*Charles E. Patterson* for appellant.

*Hamilton Odell* and *William E. Stiger* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.